Motion for leave to appeal to the Court of Appeals denied. See, also, 130 N. Y. Supp. 1114.

HEIN, Appellant, v. VALENTINE, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by Isa W. Hein against Washington S. Valentine. A. Gruber, for appellant. R. S. Coutant, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

HEISER v. CINCINNATI ABATTOIR CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Rudolph Heiser against the Cincinnati Abattoir Company. No opinion. Motion granted. Order filed. See, also, 129 N. Y. Supp. 1126.

In re HELMS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of August G. Helms, as trustee, etc. W. Mitchell, for appellant. H. L. Franklin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HERTER v. DWYER. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Frank Herter against Anna M. Dwyer. No opinion. Application denied, with $10 costs. Order signed. See, also, 129 N. Y. Supp. 505.

In re HICKOK. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) In the matter of revoking letters of administration granted to Persis W. Hickok, etc. No opinion. Decree affirmed, with costs.

In re HILL VIEW RESERVOIR, SECTION NO. 1, PARCEL NO. 5. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the Hill View Reservoir, Section No. 1, Parcel No. 5.
PER CURIAM. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Woodward.
JENKS, P. J., taking no part.

HOCHSTEIN et al., Appellants, v. VANDERVEER CROSSINGS, Inc., Respondent (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1911.) Actions by Louis Hochstein and others against the Vanderveer Crossings, Inc. L. Marshall, for appellants. C. C. Clark, for respondent. No opinion. Orders affirmed, with costs and disbursements. Orders filed.

HOLLYWOOD, Appellant, v. CUDNER, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frances Hollywood against Albert M. Cudner.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
THOMAS, J., dissents.

In re HOLYWELL. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of Effingham L. Holywell, an attorney. Matter referred to Hon. William D. Dickey to take testimony and report thereon. with his opinion. No opinion. Edward A. Freshman, Esq., assigned to conduct the proceedings. See, also, 129 N. Y. Supp. 1128.

In re HOLYWELL. (Supreme Court, Appellate division, Second Department. July 27, 1911.) In the matter of Effingham L. Holywell, an attorney. Matter referred to Hon. Augustus Van Wyck to take testimony and report thereon, with his opinion, in the place of Hon. William D. Dickey, resigned. No opinion. See, also, supra.

HOME INS. CO., Respondent, v. WAITE, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the Home Insurance Company against J. Harvey Waite, Jr. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HOPE, Appellant, v. CONEY ISLAND & G. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by John Hope against the Coney Island & Gravesend Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOPKINS, Appellant, v. HOPKINS, Respondent. (Supreme Court, Appellate Division, First Department. June 23. 1911.) Action by Donalena Hopkins against Harry A. Hopkins. F. C. Simons, for appellant. C. S. Bostwick, for respondent. No opinion. Order affirmed. Order filed.

HOPKINS v. HOPKINS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Donalena Hopkins against Harry A. Hopkins. No opinion. Motion denied. Order filed. See, also, supra.

HOWARD, Respondent, v. PETTEROLF, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Charles Howard against Henry A. Petterolf and another. No opinion. Order affirmed, without costs.

HUDNALL v. HUDNALL. Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Florence B. Hudnall